

**ATTORNEYS AT LAW**

CALIFORNIA   FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS   WASHINGTON, DC

MITRA PAUL SINGH
Tel: (646) 362-4041
Fax: (646) 514-9577
msingh@mcglinchey.com

December 14, 2015

<u>*VIA ELECTRONIC CASE FILING*</u>
Magistrate Judge Anne Y. Shields
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722
Courtroom 830

        RE:    ***Wells Fargo Bank, National Association v. Ofra Levin***
                   Case No. 2:15-cv-02773-LDW-AYS

Dear Judge Shields:

    This office and the Ras Moriskin, LLC firm represent the plaintiff Wells Fargo Bank, National Association, As Trustee for Option One Mortgage Loan Trust 2007-1, Asset-Backed Certificates, Series 2007-1 ("Wells Fargo"), in the matter referenced above. On November 30, 2015, Isaac Levin, husband to defendant Ofra Levin, filed a Motion to Intervene. Wells Fargo Bank, National Association does not consent to Mr. Levin's motion. As such, we will prepare an objection and submit it to the Court on or before December 21, 2015.

    Please feel free to contact us should you have any questions or concerns.

                                      Sincerely,

                                      **McGlinchey Stafford**

                                      Mitra Paul Singh, Esq.

cc:    Matthew N. Maltese (via ECF)
       Isaac Levin (via regular mail)
       Ofra Levin (via regular mail)

112 West 34th Street, Suite 1403 • New York, NY 10120 • (646) 362-4000 • Fax (646) 607-4464 • www.mcglinchey.com

McGlinchey Stafford PLLC in Florida, Louisiana, Mississippi, New York, Ohio, Texas and Washington, DC.
McGlinchey Stafford LLP in California.